

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| In the Matter of the Estate of Joseph Abraham, Jr., a/k/a Joseph (Sib) Abraham, Jr., | § | No. 08-18-00032-CV |
|  | § | Appeal from the |
| Appellant. | § | Probate Court No. 1 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2014CPR02054) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 16, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mario J. Martinez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 16, 2018.

IT IS SO ORDERED this 13th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.